To Whom it May Concern;

My Name is Mary Blakley and I am in F.D.C. Philly w/ my Husband Floyd Blakley. We are charged w/ wire fraud. We are from Lake Havasue city, AZ. We were assigned Attorneys that are court Appointed. I need a new attorney. The one I have has never come to see me nor explained any thing to me, or come to see me. I have no luck getting him on the phone. This leaves me with a breach of trust. So with no trust I can not take any chance on going any further in this case w/ Him! So the point of this Letter is to fire my attorney and ask for one that will fight for my innocionce. I need one who will put his Best Foot Forward to Help me. Thank you in advance for your time and concideration.

Sincerly,
Mary Blakley
04160-082
FDC Philly
P.O. Box 562
Philadelphia, PA 19105


RECEIVED MAR 26 2025

U.S.M.S. X-RAY

PHILADELPHIA PA 190
24 MAR 2025 PM 6 L

RECEIVED MAR 26 2025

Mary Blakley
04160-082
F.D.C. Philly
P.O. Box 562
Philadelphia, PA 19105

US Court House
Eastern Dist. of PA.,
601 Market St.
Philadelphia, Pa. 19106