IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL ACTION NO. 25-8-1 |
| | : | |
| MARY BLAKLEY | : | |

## ORDER

This 2nd day of April, 2025, it is hereby **ORDERED** that Defendant's Motion to Appoint Counsel, ECF 44, is **DENIED** as moot.

    /s/ Gerald Austin McHugh
    United States District Judge