IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                :    CRIMINAL ACTION
           v.                           :
                                        :    No. 25-8
MARY BLAKLEY
USM 04160-082
FRED BLAKLEY
USM 04159-082

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **jury trial** on **October 14, 2025,** at **9:30 a.m.** before the **Honorable Gerald Austin McHugh** in **Courtroom 9-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** October 6, 2025

For additional information, please contact the undersigned.

By:        Christian J. Henry, Courtroom Deputy to J. McHugh
           Phone: 267.299.7307

Date:      4/10/2025

cc via U.S. Mail:     Defendants: Mary Blakley, Fred Blakley
cc via email:         Defense Counsel: Timothy Wright, Megan Davies
                      Assistant U.S. Attorneys: Paul Shapiro, Ruth Mandelbaum
                      U.S. Marshal
                      Court Security
                      Probation Office
                      Pretrial Services
                      Interpreter Coordinator

crnotice (July 2021)