IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 25-008 (GAM) |
| JANMARIE LANZO | : |

ORDER FOR BENCH WARRANT

AND NOW, this 5th day of June ,2025, on motion of David Metcalf, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

HONORABLE ELIZABETH T. HEY
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 25-008 |
| JANMARIE LANZO | : |

MOTION FOR BENCH WARRANT

AND NOW, this 5th day of June 2025, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Paul G. Shapiro and Ruth Mandelbaum, Assistant United States Attorneys, move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

DAVID METCALF
United States Attorney

s/ Paul G. Shapiro/Ruth Mandelbaum
PAUL G. SHAPIRO
RUTH MANDELBAUM
Assistant United States Attorneys