IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25-08 |
| MARY BLAKLEY | : | |
| a/k/a "Marye Blakley" | | |
| a/k/a "Mary Blakely" | : | |
| a/k/a "Mary Blakeley" | | |
| a/k/a "Mary Davis" | : | |
| a/k/a "Mary Venable" | | |
| a/k/a "Mary Cammer" | : | |
| a/k/a "Rosemary Cammer" | | |
| a/k/a "Rosemary Davis" | : | |
| a/k/a "Yvonne Davis" | | |
| a/k/a "Mary Blaksley," | : | |
| FRED BLAKLEY | | |
| a/k/a "Fred Blakely" | : | |
| a/k/a "Floyd Blakely," | | |
| | : | |
| IN RE: FORFEITURE OF | | |
| PREMISES KNOWN AS | : | |
| 3636 BLUEGRASS DRIVE, | | |
| LAKE HAVASU CITY, | : | |
| ARIZONA 86406 | | |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by filing of a Superseding Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

On June 5, 2025, the real property described below and commonly known as **3636 Bluegrass Drive, Lake Havasu City, Arizona 86406** was found to be subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

The names of the persons whose interest are intended to be affected are **Mary Blakley and Fred Blakley.**

The property to be forfeited by reason of the foregoing, and to which this Lis Pendens refers, is recorded in the Official Records of Mohave County by the County Recorder at Fee No. 2019023674, as owned by Mary Blakley and Fred Blakley, and is further described as follows:

> Lot 4, Block 4, Tract 2219, Lake Havasu City, Arizona, according to the plat thereof, recorded July 8, 1969 at Fee No. 63651, in the office of the County Recorder of Mohave County, Arizona
>
> EXCEPT all oil, gas, coal and minerals whatsoever already found or which may hereafter be found in or under said land and all underground water in, under or flowing through said land and water rights appurtenant thereto as reserved in mesne instruments of record.
>
> EXCEPT an undivided 1/16th of all gases and other hydrocarbon substances, coal or stone, metals, minerals, fossils and fertilizer of every name and description, together with all uranium, thorium or any other material which is or may be determined by the laws of the United States, the State of Arizona or decisions of Courts to be peculiarly essential to the production of fissionable materials, whether or not of commercial value, as reserved by the State of Arizona in Section 37.231, Arizona Revised Statutes and in Patent of Record.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

DAVID METCALF
United States Attorney


PAUL G. SHAPIRO
RUTH MANDELBAUM
Assistant United States Attorneys

 /s/ David Weisberg
DAVID WEISBERG
Special Assistant United States Attorney


Date:  June 30, 2025

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the LIS PENDENS was electronically filed in the Clerk's Office Electronic Case Filing (ECF) system and is available for viewing and downloading from the ECF system, and that a true and correct copy was served by electronic filing, electronic mail, and/or first-class mail, postage prepaid as follows:

TIMOTHY A. WRIGHT
Federal Community Defender Trial Unit
601 Walnut Street Suite 540 West
Philadelphia, PA 19106
timothy_wright@fd.org
215-928-1100


MEGAN J. DAVIES
LAW OFFICES OF MEGAN J DAVIES
38 NORTH HADDON AVENUE
HADDONFIELD, NJ 08033
mjd@mjdavieslaw.com
856-671-1188


          /s/ David Weisberg
         DAVID WEISBERG
         Special Assistant United States Attorney

Date:   June 30, 2025