IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 25-CR-8 |
| MARY BLAKELY | : | |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

DAVID METCALF
UNITED STATES ATTORNEY

*/s/ Alexander Bowerman*
Alexander Bowerman
Special Assistant United States Attorney