IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>  v.<br><br>FRED BLAKLEY<br>    Defendant. | Criminal Action No. 25-CR-08 |

**O R D E R**

AND NOW, this 6th day of October, 2025, upon consideration of the Defendant's *Unopposed Motion to Extend the Motions in Limine Deadline*, it is hereby **ORDERED** that the Motion is **GRANTED**.

Motions in limine shall be filed no later than **November 26, 2025**, and responses shall be filed no later than **December 3, 2025**.

The trial date of **January 20, 2026** remains as scheduled.

BY THE COURT:

/s/ Gerald Austin McHugh
_____
THE HONORABLE GERALD A. McHUGH
United States District Judge