IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 25-8-1 |
| MARY BLAKLEY | : | |
| USM 04160-082 | | |

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **motions hearing** on **December 19, 2025,** at **9:30 a.m.** before the **Honorable Gerald Austin McHugh** in **Courtroom 9-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A          interpreter will be required for the defendant.

☐ **Hearing rescheduled from:** December 16, 2025

For additional information, please contact the undersigned.

By:          Paticia Clark, Civil/Criminal Deputy to J.  McHugh
             Phone: 267.299.7301

Date:        12/03/25

cc via U.S. Mail:      Defendants: Mary Blakley
cc via email:          Defense Counsel: Timothy A. Wright
                       Assistant U.S. Attorneys: Paul Shapiro, Ruth Mandelbaum
                       U.S. Marshal
                       Court Security
                       Probation Office
                       Pretrial Services
                       Interpreter Coordinator

crnotice (July 2021)