IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | No. 25-8-1 |
| **MARY BLAKLEY** | : | |
| **USM 04160-082** | | |

## NOTICE OF HEARING

Take notice that the defendant is scheduled for an **evidentiary hearing** on **May 19, 2026,** at **10:00 a.m.** before the **Honorable Gerald Austin McHugh** in **Courtroom 9-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:         Patricia Clark, Civil/Criminal Deputy to J. McHugh
            Phone: 267.299.7301

Date:       1/20/26

cc via U.S. Mail:    Defendants: Mary Blakley
cc via email:        Defense Counsel: Timothy A. Wright
                     Assistant U.S. Attorneys: Paul Shapiro, Ruth Mandelbaum
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator

crnotice (July 2021)