IN THE UNITED STATES DISTIRCT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      CRIMINAL ACTION

         Government    :      No. 25-8-2

     v.

                             :

FRED BLAKLEY

         Defendant     :

**<u>ORAL MOTION AND ORDER</u>**

On May 19, 2026, counsel for Defendant made an Oral Motion during an evidentiary

hearing  to continue the sentencing date and the Oral Motion was Granted.

BY THE COURT:

     /s/ Gerald Austin McHugh
United States District Judge

3/2024